

**Law Offices of**
**BARRY R. FEERST & ASSOCIATES**

Barry R. Feerst, Esq.
Marc Illish, Esq.
Alham Usman, Esq.

Susan Barrie, Esq. *Of Counsel*

194 South 8th Street
Brooklyn, NY 11211
(t) 718-384-9111
(f) 718-384-5999
marc@brfesq.com

April 23, 2014

VIA ECF

Hon. Debra Freeman, United States Magistrate Judge
United States District Court, S.D.N.Y.
500 Pearl St.
New York, NY 10007-1312

                    Re: <u>Abdullah et al., v. Travelers Insurance Co.</u>
                        13-CV-7825-LAK

Your Honor:

        This firm represents plaintiffs in the above referenced matter
and pursuant to the Court's direction, we herewith submit the
parties' proposed briefing and discovery schedule.

        **PROPOSED BRIEFING SCHEDULE**

1. Plaintiffs' Motion to Remand
   to be served by                           May 8, 2014

2. Defendant's opposition to the motion
   or Rule 11 motion to be served by         June 5, 2014

3. Plaintiffs' Reply, or withdrawal of the
   Motion to Remand by                       June 26, 2014

4. All motion papers to be filed by          June 26, 2014

        **PROPOSED DISCOVERY SCHEDULE**

1. Deadline for Π's responses to Δ's demands     May 8, 2014

2. Deadline for Π's requests for production
   of documents & for interrogatories            May 8, 2014

3. Deadline for Δ's responses to Π's demands     June 2, 2014

Hon. Debra Freeman                                    April 23, 2014
                                                            Page 2

4. Deadline for depositions                    _____June 13, 2014_____

5. Date for leave to join additional parties
   and or amendment of pleadings pursuant
   to Rules 15/16                              _____June 20, 2014_____

6. Date for completion of factual discovery    _____June 20, 2014_____

7. Expert reports                              _____July 18, 2014_____

8. Rebuttal Expert reports                     _____August 8, 2014_____

9. Responsive Rebuttal Expert reports          _____August 22, 2014_____


        The date of the telephone conference is subject to the Court's
availability.

        We thank your for your consideration of this matter.


                                Very truly yours,


                                /s/
                                MARC ILLISH (MI -6369)

CC: Finazzo Cossolini O'Leary Meola & Hager, LLC - Via ECF