UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
ISHRAT ABDULLAH, et ano.,

                Plaintiff,

        -against-                                          13-cv-7825 (LAK)

TRAVELERS INSURANCE COMPANY,

                Defendant.
------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        In a report and recommendation dated October 28, 2014, Magistrate Judge Debra Freeman recommended that plaintiffs' motions to remand this action to the state court and for sanctions [DI 35, 37] be denied. Plaintiffs have objected.

        The objections range from without merit to entirely frivolous. They are overruled. Plaintiffs' motions are denied.

        SO ORDERED.

Dated:     December 2, 2014

                                                            Lewis A. Kaplan
                                                 United States District Judge